UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAUL GONZALES, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-0347 KJM KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

By an order filed August 12, 2016, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his second complaint which are required to effect service on the defendants. On April 14, 2017 and April 17, 2017, plaintiff submitted the copies of the second amended complaint and USM-285 forms for defendants Jones, Vasquez, Hurtz, Couch, Gonzales and Pulley. Plaintiff failed to file the USM-285 forms for defendants Swarthout and Chaiken.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff two USM-285 forms; and

/////

/////

1

2. Within thirty days, plaintiff shall submit to the court the two completed USM-285 forms required to effect service on defendants Swarthout and Chaiken. Failure to return the copies within the specified time period will result in a recommendation that defendants Swarthout and Chaiken be dismissed.

Dated: May 12, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wilk0347.8f