UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, | No. 2: 16-cv-0347 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| PAUL GONZALES, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On July 31, 2017, defendants filed a motion to revoke plaintiff's in forma pauperis status. (ECF No. 50.) Defendants argue that plaintiff has five strikes pursuant to 28 U.S.C. § 1915(g).

On July 31, 2017, defendants also filed a motion for an extension of time to file a responsive pleading. (ECF No. 51.) Defendants state that a responsive pleading was due on July 31, 2017. Defendants request a thirty days extension of time to file a responsive pleading if the motion to revoke plaintiff's in forma pauperis status is denied. Good cause appearing, defendants' motion for an extension of time to file a responsive pleading is granted.

On August 18, 2017, plaintiff filed a motion for an extension of time to file an opposition to defendants' motion to revoke his in forma pauperis status. (ECF No. 55.) In the alternative, plaintiff requests that this action be stayed because one of his alleged § 1915(g) strikes is on

1

appeal to the Ninth Circuit Court of Appeals.

Plaintiff is granted a thirty days extension of time to file his opposition to defendants' motion to revoke his in forma pauperis status. In his opposition, plaintiff shall identify the strike which is pending on appeal. Plaintiff shall inform the court of the status of this appeal. Plaintiff's request to stay this action is denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for an extension of time to file a responsive pleading (ECF No. 51) is granted; if defendants' motion to revoke plaintiff's in forma pauperis status is denied, defendants shall file their responsive pleading within thirty days of the court's final order denying that motion;

2. Plaintiff's motion for an extension of time (ECF No. 55) is granted; plaintiff's opposition to defendants' motion to revoke his in forma pauperis status is due within thirty days of the date of this order.

Dated: August 30, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Wilk347.eot