UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, | No. 2:16-cv-0347 KJM KJN |
| Plaintiff, | |
| v. | ORDER |
| PAUL GONZALEZ, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, filed this civil rights action without counsel in February 2016. Because plaintiff has filed several frivolous requests and rebuffed multiple requests to pay filing fees, this court revoked his *in forma pauperis* status on March 14, 2018, and ordered him to pay a $400.00 filing fee within thirty days. Order, ECF No. 61, at 3. Plaintiff requested to extend this deadline another thirty days. ECF No. 62. The court granted his request and pushed the deadline to April 2, 2018, but warned that absent good cause, "[f]ailure to comply with this order will result in dismissal of this action." ECF No. 63.

The April 2, 2018 deadline lapsed over a month ago, yet plaintiff has neither paid the $400.00 filing fee nor shown any good cause for not doing so. The court therefore DISMISSES this action in full. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: May 4, 2018.

_____
UNITED STATES DISTRICT JUDGE