UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keenan Wilkins, | No. 2:16-cv-00347-KJM-KJN |
| Plaintiff, | ORDER |
| v. | |
| Paul Gonzalez, et al., | |
| Defendants. | |

Plaintiff Keenan Wilkins claims the California Department of Corrections and Rehabilitation is deducting funds from his inmate trust account to pay the filing fee for this case, which was dismissed because he did not pay the filing fee. ECF No. 71. He requests an order directing CDCR to refund the deductions and a notice or order instructing CDCR to stop future deductions. *Id.* The Clerk's Office is directed to serve courtesy copies of this court's May 4, 2018 order (ECF No. 68), the judgment (ECF No. 69) and the Ninth Circuit's Order (ECF No. 70) by first-class mail on plaintiff Wilkins. The request at ECF No. 71 is otherwise **denied**.

IT IS SO ORDERED.

DATED: July 10, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

1