UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keenan Wilkins, | No. 2: 16-cv-00347 KJM KJN P |
| Plaintiff, | ORDER |
| v. | |
| Paul Gonzales, et al., | |
| Defendants. | |

Plaintiff Keenan Wilkins requests relief under Federal Rule of Civil Procedure (FRCP) 60. ECF No. 73. While a court may relieve a party from an order under Rule 60 of the Federal Rules of Civil Procedure for "mistake, inadvertence, fraud, or excusable neglect" or for "any other reason that justifies relief," Fed. R. Civ. P. 60(b)(1), (b)(6), plaintiff has provided no legitimate justification to reopen this case and does not point to any new evidence or law supporting his argument. In particular, the cases plaintiff cites do not stand for the proposition he qualifies for refund of his filing fee given the revocation of in forma pauperis status. ECF No. 72 at 4. Thus, the court denies the motion. *See generally* Fed. R. Civ. P. 60(b) (enumerating grounds for relief from judgment); *see also* Prior Order (May 4, 2018), ECF No. 68; Prior Order (July 11, 2023), ECF No. 72.

1     This order resolves ECF No. 73.

2     IT IS SO ORDERED.

3 DATED: August 7, 2023.

                                  CHIEF UNITED STATES DISTRICT JUDGE